**Electronically Filed**
**Supreme Court**
**SCWC-16-0000460**
**30-MAR-2023**
**11:07 AM**
**Dkt. 27 ODMR**

SCWC-16-0000460

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

CYRINA L. HEWITT, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000460; CASE NO. 3DTA-15-00745)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: McKenna, Wilson, and Eddins JJ.,
With Nakayama, J., dissenting separately,
with whom Recktenwald, C.J., joins)

Upon consideration of Respondent/Plaintiff-Appellee,
State of Hawai'i's motion for reconsideration, filed March 23,
2023, and the record and files herein,

IT IS HEREBY ORDERED, that the motion is denied.

DATED: Honolulu, Hawai'i, March 30, 2023.

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

